1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RYAN STERLING GUENTHARD,                **Case No. CV 14-08187 DMG (RAO)**

12                    Petitioner,

13          v.                                **JUDGMENT**

14  DAVID B. LONG, Warden,

15                    Respondent.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and

18  Recommendations of United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the Petition is denied and this

20  action is dismissed with prejudice.

21

22

23  DATED:  April 28, 2016

24                                          _____

25                                                  DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE

26

27

28